```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06953
    JAMEEL F ZEIADAH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3894

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/17/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG      .00                  .00              .00
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY   NOT FILED                 .00              .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE      .00                  .00              .00
SBC ILLINOIS              UNSECURED     NOT FILED                 .00              .00
DISH NETWORK              UNSECURED     NOT FILED                 .00              .00
ASSET ACCEPTANCE LLC      UNSECURED        121.55                 .00              .00
ECAST SETTLEMENT CORP     UNSECURED       1523.98                 .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       6430.59                 .00              .00
ENHANCED RECOVERY CORP    NOTICE ONLY   NOT FILED                 .00              .00
B-REAL LLC                UNSECURED        860.71                 .00              .00
CLIENT SERVICES INC       UNSECURED     NOT FILED                 .00              .00
DISCOVER FINANCIAL SERVI  UNSECURED      10941.61                 .00              .00
BAKER MILLER MARKOFF & K  NOTICE ONLY   NOT FILED                 .00              .00
DISCOVER FINANCIAL SERVI  UNSECURED       3878.08                 .00              .00
ECAST SETTLEMENT CORP     UNSECURED        646.30                 .00              .00
MONOGRAM BANK N AMERICA   UNSECURED     NOT FILED                 .00              .00
ROUNDUP FUNDING LLC       UNSECURED        231.13                 .00              .00
VALENTINE & KEBARTAS INC  UNSECURED     NOT FILED                 .00              .00
AMERICAS SERVICING COMPA  NOTICE ONLY   NOT FILED                 .00              .00
ECAST SETTLEMENT CORP     UNSECURED       2317.36                 .00              .00
DANIEL J WINTER           DEBTOR ATTY    1,979.00                                837.90
TOM VAUGHN                TRUSTEE                                                 62.10
DEBTOR REFUND             REFUND                                                   .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      900.00

PRIORITY                                               .00
SECURED                                                .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06953 JAMEEL F ZEIADAH
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                  837.90
TRUSTEE COMPENSATION                                             62.10
DEBTOR REFUND                                                      .00
                                      ----------------   ----------------
TOTALS                                         900.00             900.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                             /s/ Tom Vaughn
Dated: 04/23/08             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```